ARAB AFRICAN INTERNATIONAL BANK v. SENCIT F/G
DEVELOPMENT COMPANY, ETC., ET AL.

January 10, 1989.

Petition for certification denied.

ARAB AFRICAN INTERNATIONAL BANK v. SENCIT F/G
DEVELOPMENT COMPANY, ETC., ET AL.

January 10, 1989.

Cross-petition for certification denied.

DANIEL RANSOM, ETC. v. BHUPENDRA VORA, M.D., ET AL.

January 10, 1989.

Petition for certification denied.

LASSER, HOCHMAN, MARCUS, GURYAN AND KUSKIN v.
MINA SCHOTTENFELD, ETC.

January 10, 1989.

Petition for certification denied.